OFFICE OF DISCIPLINARY COUNSEL *v.* COX.

[Cite as Disciplinary Counsel *v.* Cox (1985), 17 Ohio St. 3d 68.]

(D.D. No. 84-44—Decided May 8, 1985.)

*Angelo J. Gagliardo,* disciplinary counsel, and *Karen B. Hull,* for relator.

*Per Curiam.* This court has carefully reviewed the record in this case and concurs in the findings and recommendation of the board. Accordingly, it is the judgment of this court that respondent be permanently disbarred from the practice of law.

*Judgment accordingly.*

CELEBREZZE, C.J., SWEENEY, LOCHER, HOLMES, C. BROWN, DOUGLAS and WRIGHT, JJ., concur.